# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-674
_____

MARVIN KNIGHT,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____


On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.


September 29, 2021


PER CURIAM.

AFFIRMED. The Court warns Appellant that any future filings that this Court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any further pro se filings in this Court and a referral to the appropriate institution for disciplinary procedures. *See* § 944.279, Fla. Stat. (2021).

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Marvin Knight, pro se, Appellant.

Ashley Moody, Attorney General, and Bryan Jordan, Assistant Attorney General, Tallahassee, for Appellee.